**ORIGINAL**

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 14 2009
at __ o'clock and __ min. __M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 09-00206 SOM |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 841 and 846] |
| JUSTIN STEVERSON, | |
| Defendant. | |

### INDICTMENT

The Grand Jury charges:

On or about May 7, 2009, in the District of Hawaii, Defendant JUSTIN STEVERSON did knowingly and intentionally attempt to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 250 grams (gross weight), in violation of

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

DATED: May __14__, 2009, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Drug/Organized
  Crime Section

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

2