# FEDERAL PUBLIC DEFENDER
## DISTRICT OF HAWAII

Alexander Silvert
First Assistant Federal Defender
alexander_silvert@fd.org

300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269

(808) 541-2521 ◆ Facsimile (808) 541-3545 ◆ Toll free (877) 541-2521

November 3, 2009

The Honorable Susan Oki Mollway
United States District Judge
United States District Court
Room C-444, U.S. Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Re: United States v. Steverson, Cr. No. 09-00206 SOM

Dear Judge Mollway:

      I was writing to ask if Your Honor could add or amend the sentence imposed yesterday on Mr. Steverson to state that his supervised release term be in the Northern District of California where Mr. Steverson will reside. I spoke to Mr. Steverson and that is where he wants to do his supervised release so he can be near his children as they grow up. I have called AUSA Beverly Sameshima and left a message to see if she has any objections. I will let the Court know her position as soon as I hear from her.

Sincerely,

ALEXANDER SILVERT
First Assistant
Federal Public Defender
District of Hawaii

cc: Beverly Sameshima, Assistant United States Attorney
Malia Eversole, Senior United States Probation Officer