# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**  
CLERK

TEL (808) 541-1300  
FAX (808) 541-1303

December 26, 2013

Phillip Burton
United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102-3434

      RE: TRANSFER OF JURISDICTION
      USA VS. JUSTIN STEVERSON
      USDC HI CASE NO. CR 09-00206 SOM
      YOUR CASE NO. CR 13-00784 RS

Dear Clerk,

    Pursuant to the Order Transferring Jurisdiction filed on December 16, 2013, enclosed are the following certified copies: 1) Indictment, 2) Judgment, 3) Order Transferring Jurisdiction and 4) Docket Sheet.

    Please acknowledge receipt on the copy of this letter and return in the envelope provided.

                Sincerely Yours,

                SUE BEITIA, CLERK

                By: /s/ EA
                     Deputy Clerk

encl.

_____

To Clerks Office:

Receipt is acknowledged by:_____, Deputy Clerk

Date:_____           Case Number: <u>CR 13-00784 RS</u>